24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CLEMENTE MEDRANO AND MARIA MEDRANO, INDIVIDUALLY AND AS NEXT FRIENDS OF ROSALINDA MEDRANO AND DAISY MEDRANO, MINORS § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-94-230 |
| RAYMOND CLAPSE AND COMBS FREIGHTLINE, INC. AND COUNTRYWIDE TRUCKING § § § | |

### ORDER AUTHORIZING EXPENDITURE AND WITHDRAWAL OF FUNDS FROM THE REGISTRY OF THE COURT

On this day, came on for consideration Plaintiffs' Motion for Approval of Expenditure and Disbursement of Funds in the Registry of the Court filed by Clemente Medrano and Maria Medrano, as guardians of the person and estate of Rosalinda Medrano and Daisy Medrano, minors, and the Court after considering same is of the opinion that it should be granted. It is therefore

ORDERED that CLEMENTE MEDRANO and MARIA MEDRANO are authorized to withdraw and expend for the benefit of the minors the sum of $600.00 from the funds on deposit in the Registry of the Court. The Clerk or any other person or entity in possession of the estate funds is ORDERED to issue a check to CLEMENTE MEDRANO and MARIA MEDRANO in care of their attorney of record, Francisco J. Zabarte, 100 North Expressway 83, Brownsville, Texas 78521.

L:\DATA\Individual\FRANK\WithdrawFunds.2d.wpd

SIGNED this \_\_1st\_\_ day of \_\_December\_\_\_\_\_, 1998.

                          HONORABLE FILEMON V. VELA,
                          Judge Presiding

L:\DATA\Individual\FRANK\WithdrawFunds.2d.wpd

ClibPDF - www.fastio.com