28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLEMENTE MEDRANO AND | § | |
| MARIA MEDRANO, INDIVIDUALLY | § | |
| AND AS NEXT FRIENDS OF | § | |
| ROSALINDA MEDRANO AND | § | |
| DAISY MEDRANO, MINORS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-230 |
| | § | |
| RAYMOND CLAPSE AND COMBS | § | |
| FREIGHTLINE, INC. AND | § | |
| COUNTRYWIDE TRUCKING | § | |

ORDER AUTHORIZING WITHDRAWAL OF
FUNDS FROM THE REGISTRY OF THE COURT

On this day, came on for consideration the Motion for Approval of Withdrawal of Funds in the Registry of the Court filed by Francisco J. Zabarte, attorney ad litem for Daisy Medrano, and the Court after considering same is of the opinion that it should be granted. It is, therefore

ORDERED, ADJUDGED and DECREED that Francisco J. Zabarte is authorized to withdraw the funds in the Registry of the Court for the use and benefit of DAISY MEDRANO. The Clerk or any other person or entity in possession of the estate funds is ORDERED to issue a check to DAISY MEDRANO in the amount of $ 1,772.45, plus all accrued interest. in care of her attorney of record, Francisco J. Zabarte, 100 North Expressway 83, Brownsville, Texas 78521.

SIGNED at Brownsville, Texas, this 2nd day of December, 1999.

_____
JUDGE PRESIDING