IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

| | |
|---|---|
| CLEMENTE MEDRANO AND § <br> MARIA MEDRANO, INDIVIDUALLY § <br> AND AS NEXT FRIENDS OF § <br> ROSALINDA MEDRANO AND § <br> DAISY MEDRANO, MINORS § <br> § <br> VS. § <br> § <br> RAYMOND CLAPSE AND COMBS § <br> FREIGHTLINE, INC. AND § <br> COUNTRYWIDE TRUCKING § | CIVIL ACTION NO. B-94-230 |

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

01 JUL 20 PM 3:35

MICHAEL N. MILBY, CLERK

MOTION FOR APPROVAL OF EXPENDITURE AND
DISBURSEMENT OF FUNDS IN THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

CLEMENTE MEDRANO and MARIA MEDRANO, residing at 2575 Russell Ave., Apt. 7B, Brownsville, Cameron County, Texas 78520, guardians of the person and estate of ROSALINDA MEDRANO, minor, file this Motion for Approval of Expenditure and Disbursement of Funds in the Registry of the Court, and in support of thereof would show:

I.

A Final Judgment was entered in this case, and the sum of $1,886.45 plus accrued interest remains on deposit in the Registry of the Court for the benefit of the minor. Movants represent to the Court that they have continuing expenses in the care and support of the minor, Rosalinda Medrano. Movants request this Court to authorize withdrawal of the sum of $400.00 for pay off balance on computer and school clothing for the minor from the funds on deposit in the Registry of the Court.

L:\Users\Francisco\Forms\WithdrawFunds.3d.wpd

WHEREFORE, CLEMENTE MEDRANO and MARIA MEDRANO, pray that this motion be granted, and that the Court enter its Order allowing disbursement of the funds as set requested above, or that this Court make such further orders as it may deem appropriate.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas  78521-2284
Telephone:  (956) 546-3731
Telecopier:  (956) 546-3766

BY: _____
Francisco J. Zabarte
State Bar No.  22235300
Federal Admission No. 10747

ATTORNEY AD LITEM FOR MINOR
ROSALINDA MEDRANO

L:\Users\Francisco\Forms\WithdrawFunds.3d.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLEMENTE MEDRANO AND | § | |
| MARIA MEDRANO, INDIVIDUALLY | § | |
| AND AS NEXT FRIENDS OF | § | |
| ROSALINDA MEDRANO AND | § | |
| DAISY MEDRANO, MINORS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-230 |
| | § | |
| RAYMOND CLAPSE AND COMBS | § | |
| FREIGHTLINE, INC. AND | § | |
| COUNTRYWIDE TRUCKING | § | |

ORDER AUTHORIZING EXPENDITURE AND WITHDRAWAL
OF FUNDS FROM THE REGISTRY OF THE COURT

On this day, came on for consideration Plaintiffs' Motion for Approval of Expenditure and Disbursement of Funds in the Registry of the Court filed by Clemente Medrano and Maria Medrano, as guardians of the person and estate of Rosalinda Medrano, a minor, and the Court after considering same is of the opinion that it should be granted. It is therefore

ORDERED that CLEMENTE MEDRANO and MARIA MEDRANO are authorized to withdraw and expend for the benefit of the minors the sum of $400.00 from the funds on deposit in the Registry of the Court. The Clerk or any other person or entity in possession of the estate funds is ORDERED to issue a check to CLEMENTE MEDRANO and MARIA MEDRANO in care of their attorney of record, Francisco J. Zabarte, 100 North Expressway 83, Brownsville, Texas 78521.

SIGNED this _____ day of _____, 2001.

_____
HONORABLE FILEMON V. VELA,
Judge Presiding