IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLEMENTE MEDRANO AND | § | |
| MARIA MEDRANO, INDIVIDUALLY | § | |
| AND AS NEXT FRIENDS OF | § | |
| ROSALINDA MEDRANO AND | § | |
| DAISY MEDRANO, MINORS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-230 |
| | § | |
| RAYMOND CLAPSE AND COMBS | § | |
| FREIGHTLINE, INC. AND | § | |
| COUNTRYWIDE TRUCKING | § | |

ORDER AUTHORIZING EXPENDITURE AND WITHDRAWAL
OF FUNDS FROM THE REGISTRY OF THE COURT

On this day, came on for consideration Motion for Approval of Withdrawal of Funds in the Registry of the Court filed by Francisco J. Zabarte, attorney ad litem for Rosalinda Medrano, and the Court after considering same is of the opinion that it should be granted. It is, therefore

ORDERED, ADJUDGED and DECREED that Francisco J. Zabarte is authorized to withdraw the funds in the Registry of the Court for the use and benefit of ROSALINDA MEDRANO. The clerk or any other person or entity in possession of the estate funds in ORDERED to issue a check to ROSALINDA MEDRANO in the principal amount of $1,486.45, and accrued interest in care of here attorney of record, Francisco J. Zabarte, 100 North Expressway 83, Brownsville, Texas 78521.

SIGNED this 22ND day of March, 2002.

Judge Presiding